USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                  :

  MICHAEL DEFOSSE,                   :
                                  :
                                  :

                      Plaintiff,   :

                                  :

          -against-           :

                                  :

  TRANS UNION, LLC, EXPERIAN      :
  INFORMATION SOLUTIONS, INC., *and*  :
  EQUIFAX INFORMATION SERVICES,    :
  LLC,                                  :
                                  :

                   Defendants.   :

                                  :
------------------------------------------------------------ X

                              1:24-cv-1173-GHW

                                ORDER

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on February 16, 2024.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 1, 2024.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                 _____
                                  GREGORY H. WOODS
                                 United States District Judge