**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MICHAEL DEFOSSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC; EXPERIAN | ) | Case No. 1:24-cv-1173-GHW-SN |
| INFORMATION SOLUTIONS, INC.; and | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**ANSWER AND DEFENSES**

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Michael Defosse's ("Plaintiff") Complaint (the "Complaint") as follows:

**INTRODUCTION**[1]

1.      In response to Paragraph 1 of the Complaint, as to the allegations relating to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis, denies, generally and specifically, each and every allegation contained therein.  In response to the remaining allegations in Paragraph 1 that relate to Experian, Experian admits only that Plaintiff purports to state claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA") and the New York Fair Credit Reporting Act, N.Y. GEN. BUS. LAW § 380 *et seq.* ("NY FCRA"), and that Plaintiff seeks actual,

---

[1] For ease of reference and to facilitate a review of its Answer and Defenses, Experian has attempted to incorporate into its Answer the primary headings used by Plaintiff in the Complaint, although Experian does not adopt, either expressly or by implication, any statements contained in those headings.

statutory, and punitive damages, as well as costs and attorney's fees.  Except  as specifically admitted, Experian denies, generally and specifically, each and every allegation contained in Paragraph 1, denies that Experian has violated the FCRA, the NY FCRA, or any other law, and denies that Experian is liable to Plaintiff for any alleged damages or for any other form of relief.

2.      In response to Paragraph 2 of the Complaint, Experian admits that Plaintiff purports to selectively quote a portion of the FCRA, which speaks for itself and Experian denies the allegations in Paragraph 2 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 2 of the Complaint.

3.      In response to Paragraph 3 of the Complaint, Experian admits that Plaintiff purports to selectively quote a portion of the FCRA and cites to federal district court decisions, which speak for themselves and Experian denies the allegations in Paragraph 3 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 3 of the Complaint.

4.      In response to Paragraph 4 of the Complaint, as to the first sentence, Experian states that it does not contain any factual allegations requiring a response.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation therein.  As to the second sentence of Paragraph 4, including Footnote 1, Experian admits that Plaintiff purports to selectively quote a portion of a press release, which speaks for itself and Experian denies any allegations inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 4 of the Complaint.

5.      In response to Paragraph 5 of the Complaint, Experian admits that Plaintiff purports to selectively quote a portion of a press release, which speaks for itself and Experian denies any allegations inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 5 of the Complaint.

6.      In response to Paragraph 6 of the Complaint, Experian admits that Plaintiff purports to selectively quote a portion of a press release, which speaks for itself and Experian denies any allegations inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 6 of the Complaint.

7.      In response to Paragraph 7 of the Complaint, Experian admits that Plaintiff purports to selectively quote a portion of a press release, which speaks for itself and Experian denies any allegations inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 7 of the Complaint.

8.      In response to Paragraph 8 of the Complaint, including Footnote 2, Experian admits that Plaintiff purports to selectively quote a portion of an advisory opinion by the Bureau of Consumer Financial Protection ("CFPB"), which speaks for itself and Experian denies the allegations in Paragraph 8 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 8 of the Complaint.

9.      In response to Paragraph 9 of the Complaint, including Footnotes 3 and 4, Experian admits that Plaintiff purports to selectively quote a portion of a letter from Congress to the CFPB and a press release, which speak for themselves and Experian denies the allegations in Paragraph 9 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 9 of the Complaint.

10.     In response to Paragraph 10 of the Complaint, including Footnotes 5 and 6, as to the first two sentences of Paragraph 10, Experian admits that Plaintiff purports to selectively quote portions of a press release and letter, which speak for themselves and Experian denies the allegations in Paragraph 10 inconsistent therewith.  As to the last sentence of Paragraph 10, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations in the last sentence of Paragraph 10 that relate to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 10 of the Complaint.

### Summary of Plaintiff's Claims Against Defendants Pursuant to The Fair Credit Reporting Act and/or New York Fair Credit Reporting Act

11.     In response to Paragraph 11 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation contained therein.

12.     In response to Paragraph 12 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or

information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation contained therein.

13.     In response to Paragraph 13 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation contained therein.

14.     In response to Paragraph 14 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation contained therein.

15.     In response to Paragraph 15 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the

allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation contained therein.

16.    In response to Paragraph 16 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation contained therein.

17.    In response to Paragraph 17 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation contained therein.

18.    In response to Paragraph 18 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation contained therein.

19.     In response to Paragraph 19 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation contained therein.

## Jurisdiction and Venue

20.     In response to Paragraph 20 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 15 U.S.C. § 1681p.  Experian states that this allegation is a legal conclusion, which is not subject to denial or admission.

21.     In response to Paragraph 21 of the Complaint, Experian admits that Plaintiff has alleged venue is proper under New York Civil Practice Law and Rules ("CPLR") § 503. Experian states that this allegation is a legal conclusion, which is not subject to denial or admission.

## The Parties

22.     In response to Paragraph 22 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a consumer as defined by 15 U.S.C. § 1681a(c) and NY GBL § 380-a(b).  Experian further admits, upon information and belief, that Plaintiff resides in New York, New York.

23.     In response to Paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24.     In response to Paragraph 24 of the Complaint, Experian admits only that it is an Ohio corporation, that it conducts business in the State of New York, and that it is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f) and NY GBL § 380-a(e). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 24 of the Complaint.

25.     In response to Paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## Statement of Facts

26.     In response to Paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.     In response to Paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to Paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to Paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to Paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.     In response to Paragraph 31 of the Complaint, Experian states that the allegations are vague as pled, specifically because Plaintiff does not allege the day or month on which Experian allegedly began reporting that Plaintiff had fallen 90 days late on payments on both loans in July 2018, and, on that basis, Experian denies, generally and specifically, each and every allegation therein.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.     In response to Paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  To the extent a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity

of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.     In response to Paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.     In response to Paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.     In response to Paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.     In response to Paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.     In response to Paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to Paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.     In response to Paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.     In response to Paragraph 40 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in August 2022.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph 40 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 40 of the Complaint.

41.     In response to Paragraph 41 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in August 2022 that included purported correspondence from Ed Financial.  Experian states that such dispute correspondence and attachment speak for themselves and denies the allegations in Paragraph 41 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 41 of the Complaint.

42.     In response to Paragraph 42 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in August 2022.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph 42

inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 42 of the Complaint.

43.    In response to Paragraph 43 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in August 2022.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph 43 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 43 of the Complaint.

44.    In response to Paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.    In response to Paragraph 45 of the Complaint, Experian states that the allegations are vague as pled, specifically because Plaintiff does not allege the day or month on which Plaintiff may have filed more disputes to Experian, and, on that basis, Experian denies, generally and specifically, each and every allegation therein.

46.    In response to Paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.    In response to Paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to Paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to Paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50.     In response to Paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.     In response to Paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.     In response to Paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.     In response to Paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.    In response to Paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.    In response to Paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56.    In response to Paragraph 56 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.    In response to Paragraph 57 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in or around June 2023.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph 57 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 57 of the Complaint.

58.    In response to Paragraph 58 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in or around June 2023.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph

58 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 58 of the Complaint.

59.    In response to Paragraph 59 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in or around June 2023 that included purported correspondence from Ed Financial.  Experian states that such dispute correspondence and attachment speak for themselves and denies the allegations in Paragraph 59 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 59 of the Complaint.

60.    In response to Paragraph 60 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in or around June 2023.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph 60 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 60 of the Complaint.

61.    In response to Paragraph 61 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in or around June 2023.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph 61 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 61 of the Complaint.

62.    In response to Paragraph 62 of the Complaint, Experian admits only that it sent dispute results, dated August 4, 2023, to Plaintiff.  Experian states that dispute results speak for themselves and denies the allegations in Paragraph 62 inconsistent therewith.  Experian further denies Plaintiff's characterization of such dispute results.  Except as specifically admitted,

Experian denies, generally and specifically, each and every remaining allegation in Paragraph 62 of the Complaint.

63.     In response to Paragraph 63 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.     In response to Paragraph 64 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.     In response to Paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     In response to Paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.     In response to Paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.     In response to Paragraph 68 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69.     In response to Paragraph 69 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70.     In response to Paragraph 70 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.     In response to Paragraph 71 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.     In response to Paragraph 72 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.     In response to Paragraph 73 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.     In response to Paragraph 74 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75.     In response to Paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76.     In response to Paragraph 76 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77.     In response to Paragraph 77 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78.     In response to Paragraph 78 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79.    In response to Paragraph 79 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in September 2023.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph 79 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 79 of the Complaint.

80.    In response to Paragraph 80 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in September 2023 that included purported correspondence from Ed Financial.  Experian states that such dispute correspondence and attachment speak for themselves and denies the allegations in Paragraph 80 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 80 of the Complaint.

81.    In response to Paragraph 81 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in September 2023.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph 81 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 81 of the Complaint.

82.    In response to Paragraph 82 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in September 2023.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph 82 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 82 of the Complaint.

83.    In response to Paragraph 83 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in September 2023.  Experian states

that such dispute correspondence speaks for itself and denies the allegations in Paragraph 83 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 83 of the Complaint.

84.     In response to Paragraph 84 of the Complaint, Experian admits only that it received dispute correspondence, purportedly from Plaintiff, in September 2023.  Experian states that such dispute correspondence speaks for itself and denies the allegations in Paragraph 84 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 84 of the Complaint.

85.     In response to Paragraph 85 of the Complaint, Experian admits only that it sent dispute results, dated October 11, 2023, to Plaintiff.  Experian states that dispute results speak for themselves and denies the allegations in Paragraph 85 inconsistent therewith.  Experian further denies Plaintiff's characterization of such dispute results.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 85 of the Complaint.

86.     In response to Paragraph 86 of the Complaint, Experian admits only that it sent dispute results, dated October 11, 2023, to Plaintiff.  Experian states that dispute results speak for themselves and denies the allegations in Paragraph 86 inconsistent therewith.  Experian further denies Plaintiff's characterization of such dispute results.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 86 of the Complaint.

87.     In response to Paragraph 87 of the Complaint, Experian admits only that it sent dispute results, dated October 11, 2023, to Plaintiff.  Experian states that dispute results speak for themselves and denies the allegations in Paragraph 87 inconsistent therewith.  Experian further

denies Plaintiff's characterization of such dispute results. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 87 of the Complaint.

88.    In response to Paragraph 88 of the Complaint, Experian admits only that it sent dispute results, dated October 11, 2023, to Plaintiff. Experian states that dispute results speak for themselves and denies the allegations in Paragraph 88 inconsistent therewith. Experian further denies Plaintiff's characterization of such dispute results. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in Paragraph 88 of the Complaint.

89.    In response to Paragraph 89 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

90.    In response to Paragraph 90 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91.    In response to Paragraph 91 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.    In response to Paragraph 92 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.    In response to Paragraph 93 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

94.    In response to Paragraph 94 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

95.    In response to Paragraph 95 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

96.    In response to Paragraph 96 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97.    In response to Paragraph 97 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

98.     In response to Paragraph 98 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

99.     In response to Paragraph 99 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

100.    In response to Paragraph 100 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

101.    In response to Paragraph 101 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

102.    In response to Paragraph 102 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

103.    In response to Paragraph 103 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

104.    In response to Paragraph 104 of the Complaint, including all subparts therein, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105.    In response to Paragraph 105 of the Complaint, as to the first sentence, Experian states that the allegations are vague regarding the number of times the alleged false mark has been published by Experian, and, on that basis, Experian denies, generally and specifically, each and every allegation therein.  As to the second sentence of Paragraph 105, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

106.    In response to Paragraph 106 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

107.    In response to Paragraph 107 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

108.    In response to Paragraph 108 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained

therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

109.     In response to Paragraph 109 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

110.     In response to Paragraph 110 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

111.     In response to Paragraph 111 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent that a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

112.     In response to Paragraph 112 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent that a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and

every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

## FIRST CAUSE OF ACTION

113.    In response to Paragraph 113 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 112 above, as though fully set forth herein.  To the extent not already answered, Experian denies, generally and specifically, each and every allegation contained in paragraphs 1 through 112 of the Complaint.

114.    In response to Paragraph 114 of the Complaint, including all subparts therein, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent that a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

115.    In response to Paragraph 115 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent that a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

116.    In response to Paragraph 116 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent

that a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

117.    In response to Paragraph 117 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent that a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

<u>**SECOND CAUSE OF ACTION**</u>

118.    In response to Paragraph 118 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 117 above, as though fully set forth herein.  To the extent not already answered, Experian denies, generally and specifically, each and every allegation contained in paragraphs 1 through 117 of the Complaint.

119.    In response to Paragraph 119 of the Complaint, including all subparts therein, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent that a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and

specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

120.    In response to Paragraph 120 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent that a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

121.    In response to Paragraph 121 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent that a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

122.    In response to Paragraph 122 of the Complaint, Experian states that the allegations therein are legal conclusions to which no response should be required.  To the extent that a response is required, as to the allegations that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  As to the allegations that relate to Experian, Experian denies, generally and specifically, each and every allegation therein.

In response to the WHEREFORE clause on page 18 of the Complaint, including all subparts, with regards to the requests for relief related to defendants other than Experian, Experian is without knowledge or information sufficient to form a belief as to whether Plaintiff is entitled to the relief sought, and on that basis denies that Plaintiff is entitled to any relief.  With regards to the requests for relief related to Experian, Experian denies that Plaintiff is entitled to the relief sought, denies that Experian violated the FCRA or the NY FCRA in any manner, and denies, generally and specifically, each and every allegation contained therein.

## DEMAND FOR JURY TRIAL

In response to the allegations contained under this Heading in the Complaint, Experian admits that Plaintiff has purported to demand a jury trial on all issues so triable.

***

To the extent that any allegation in the Complaint has been neither admitted nor denied, it is hereby expressly denied.

## AFFIRMATIVE AND OTHER DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative and other defenses, without conceding that it bears the burden of persuasion as to any of them except those deemed affirmative defenses by law, regardless of how such defenses are denominated herein.  Moreover, nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter is relevant to Plaintiff's allegations.

## FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, because the Complaint fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief from Experian.

## SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, because all information Experian communicated to any third person regarding Plaintiff was factually accurate and not misleading.

## THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to mitigate the alleged damages.

## FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by laches.

## FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any alleged damages sustained by Plaintiff were caused, at least in part, by the actions of Plaintiff herself and/or third parties and resulted from Plaintiff's and/or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by estoppel, because any alleged damages sustained by Plaintiff were the direct and proximate result of Plaintiff's conduct.

## EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

## NINTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because of qualified immunity under 15 U.S.C. § 1681h(e).

## TENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statute(s) of limitations.

## ELEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any alleged damages sustained by Plaintiff were not caused by Experian, but by an independent intervening cause.

## TWELFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any claims for punitive damages violate Experian's rights under the First, Fifth, Sixth , Eighth, and Fourteenth Amendments to the United States Constitution and analogous provisions of any applicable State Constitutions.

## THIRTEENTH DEFENSE

The Complaint warrants dismissal because Plaintiff lacks the legal capacity to sue.

## FOURTEENTH DEFENSE

Plaintiff's claims may be subject to arbitration pursuant to a valid and binding arbitration agreement.  Experian specifically reserves, and does not waive, the right to compel arbitration of any claims asserted by Plaintiff.

Experian reserves the right to assert additional defenses at such time and to such extent as warranted by discovery and the factual developments in this case.  Experian reserves its right to amend this Answer to assert those defenses.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Defendant Experian Information Solutions, Inc. prays as follows:

(1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action

be dismissed in its entirety;

(2)    For costs of suit and attorneys' fees herein incurred; and

(3)    For such other and further relief as the Court may deem just and proper.


Dated: March 15, 2024                              Respectfully submitted,


                                   */s/ Nurlan Orujlu*
                                   Nurlan Orujlu
                                   JONES DAY
                                   250 Vesey Street
                                   New York, NY 10281
                                   Telephone:  (212) 326-3823
                                   Email:        norujlu@jonesday.com

                                   *Attorney for Defendant*
                                   *Experian Information Solutions, Inc.*

32

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 15, 2024, I caused the foregoing document to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

<u>*/s/ Nurlan Orujlu*</u>
Nurlan Orujlu