May 3, 2024

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 2260
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024
```

**MEMORANDUM ENDORSED**

Re: *Defosse v. Trans Union LLC et al.* 1:24-cv-01173-GHW-SN
    First Joint Letter Motion to Adjourn Conference

Dear Judge Woods:

The Rule 16 Initial Pretrial Conference in this matter is scheduled for Friday, May 24, 2024, at 4:00PM. The parties hereby request an adjournment to a date sometime beginning June 10 and excluding the following dates: June 24, 25, 26, 27, and 28; July 1; and July 2. This is the first request for an adjournment.

To the extent it is necessary, the parties also request an extension of time to submit via email a proposed Civil Case Management Plan and Joint Letter in advance of the Initial Pretrial Conference. The current deadline is one week prior to May 24 (i.e., May 17); to the extent such a request is needed, the parties request an extension to one week prior to the rescheduled Initial Pretrial Conference. This is the first request for an extension of time.

The reason for this request is that Plaintiff's counsel has a trial in another matter, *Rubin v. HSBC Bank USA, NA et al.*, 1:2020-cv-04566, scheduled to begin on May 20, 2024, and Plaintiff's counsel will be deep in preparation for trial throughout the weeks leading up to trial.

The parties also jointly request that the rescheduled Initial Pretrial Conference be held telephonically. Thank you very much again for your consideration.

Respectfully submitted,

| | |
|---|---|
| */s/ Adam G. Singer* | */s/ Jacqueline M. Weyand* |
| Adam G. Singer | Jacqueline M. Weyand |
| **LAW OFFICE OF ADAM G. SINGER, PLLC** | **BUCHANAN INGERSOLL & ROONEY PC** |
| One Grand Central Place | 640 5th Avenue, 9th Floor |
| 60 E. 42nd Street, Suite 4600 | New York, NY 10019-6102 |
| New York, NY 10165 | jacqueline.weyand@bipc.com |
| asinger@adamsingerlaw.com | 212 440 4488 |
| 212.842.2428 | |
| *Counsel for Plaintiff Michael Defosse* | *Counsel for Defendant Trans Union, LLC* |

| | |
|---|---|
| */s/ Joshua A. Stiers* <br> Joshua A. Stiers <br> **SEYFARTH SHAW LLP** <br> 620 Eighth Avenue <br> New York, NY 10018 <br> jstiers@seyfarth.com <br> 212-218-3321 <br> *Counsel for Defendant Equifax Information Services LLC* | */s/ Nurlan Orujlu* <br> Nurlan Orujlu <br> **JONES DAY** <br> 250 Vesey Street <br> New York, NY 10281 <br> norujlu@jonesday.com <br> 212 326 3823 <br> *Counsel for Defendant Experian Information Solutions, Inc.* |

Application granted. The parties' May 3, 2024 request to adjourn the initial pretrial conference, Dkt. No. 25, is granted. The initial pretrial conference scheduled for May 24, 2024 is adjourned to June 13, 2024 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's February 21, 2024 order are due no later than June 6, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.

SO ORDERED.

Dated: May 6, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge