## LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

SENDER
ADAM G. SINGER
EMAIL
asinger@adamsingerlaw.com

DIRECT DIAL
(212) 842–2428
FACSIMILE
(212) 658–9682

June 3, 2024

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024**

**MEMORANDUM ENDORSED**

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *Defosse v. Trans Union LLC et al.* 1:24-cv-1173-GHW-SN
      **Plaintiff's First Motion to Adjourn Conference**

Dear Judge Woods:

On May 3, 2024, the parties jointly requested an adjournment of the Initial Pretrial Conference due to a pending trial in another matter being handled by Plaintiff's counsel. The original date of the conference was May 24, 2024, at 4:00PM. At the parties' request, the Court rescheduled the conference to June 13, 2024, at 3:00 PM.

However, the June 13 date falls during this office's mandatory firm closure in observance of the Jewish holiday of Shavuot. Plaintiff's counsel is thus unable to attend the conference on June 13.

Accordingly, Plaintiff respectfully requests a second adjournment, to a date after June 13, excluding the following dates: 11:00 AM to noon on June 18th; June 24 through 28; July 1; and July 3. All parties consent to this request.

The parties also request that the rescheduled Initial Pretrial Conference still be held telephonically.

Thank you very much again for your consideration.

ROCKLAND
400 RELLA BOULEVARD, SUITE 207-488
MONTEBELLO, NY 10901

www.adamsingerlaw.com

WESTCHESTER
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601

Respectfully submitted,

Adam G. Singer

Application granted. Plaintiff's request to adjourn the initial pretrial conference, Dkt. No. 32, is granted. The initial pretrial conference scheduled for June 13, 2024 is rescheduled to June 20, 2024 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's February 21, 2024 order are due no later than June 13, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.
Dated: June 3, 2024

GREGORY H. WOODS
United States District Judge